Thomas J. Gray (SBN 191411)
Kevin C. Jones (SBN 240205)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel: (650) 517-5200
Fax: (650) 226-3133
tgray@tklg-llp.com
kjones@tklg-llp.com

*Attorneys for Defendants*
*DetailXPerts Franchise Systems, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael D. Brown; Bobcat 1 Enterprises, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DetailXPerts Franchise Systems, LLC, a Michigan limited liability company,<br><br>Defendant. | Case No. 5:18-CV-02430-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR PARTIES TO FILE THEIR RESPONSE AND REPLY REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS THE FIRST AMENDED COMPLAINT UNDER RULE 12(B)(6) AND/OR 12(B)(3), TRANSFER THE CASE PURSUANT TO 28 U.S.C. §1404(a), OR STAY THE CASE PENDING ARBITRATION PURSUANT TO LOCAL RULE 6-2** |

WHEREAS, Defendant filed their motion to compel arbitration, dismiss the first amended complaint under Rule 12(b)(6) and/or 12(b)(3), transfer the case pursuant to 28 U.S.C §1404(a), or stay the case pending arbitration (Defendant's Motion") in this matter on Friday, July 20, 2018;

WHEREAS, the ECF system generated a response deadline of Friday, August 3, 2018 and a reply deadline of Friday, August 10, 2018 related to Defendant's Motion;

WHEREAS, the undersigned counsel for Defendant DetailXPerts will be traveling out of the country and not returning to the office until Thursday, August 9, 2018, one day before Defendant's reply papers would be due;

WHEREAS, the hearing date is scheduled for Tuesday, August 28, 2018;

WHEREAS, Local Rule 7-2(a) requires all motions to be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion;

WHEREAS, Tuesday, July 24, 2018 would be the date 35 days before the August 28, 2018 hearing that Defendant's Motion could be filed, served and noticed.

WHEREAS, Local Rule 7-3(a) requires the opposition to be filed and served not more than 14 days after the motion was filed.

WHEREAS, Tuesday, August 7, 2018 would be the date 14 days after, Tuesday, July 24, 2018, that the opposition could be filed and served.

WHEREAS, Local Rule 7-3(c) requires any reply to an opposition to be filed and served not more than 7 days after the opposition was due.

WHEREAS, Tuesday, August 14, 2018 would be the date 7 days after, Tuesday, August 7, 2018, that the reply to the opposition could be filed and served.

NOW, THEREFORE, the parties hereby stipulate to change the deadlines for Plaintiffs to file an opposition to Defendant's Motion until, Tuesday, August 7, 2018 and for Defendant to file

TechKnowledge Law Group LLP Attorneys At Law Redwood Shores

Case No. 5:18-CV-02430-SVK  - 2 -  STIPULATION AND ~~PROPOSED~~ ORDER CHANGING TIME REGARDING RESPONSE AND REPLY TO MOTION TO COMPEL

a reply to Plaintiffs' opposition until, Tuesday, August 14, 2018.

IT IS SO STIPULATED.

Dated: July 23, 2018　　　　　　　　　　　　TECHKNOWLEDGE LAW GROUP LLP

　　　　　　　　　　　　　　　　　　　　　　By: 　*/s/Thomas J. Gray*
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Gray

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant DetailXPerts Franchise Systems, LLC

Dated: July 23, 2018　　　　　　　　　　　　LAW OFFICES OF PETER GREENFELD

　　　　　　　　　　　　　　　　　　　　　　By: 　*/s/Peter N. Greenfeld*
　　　　　　　　　　　　　　　　　　　　　　　　　Peter N. Greenfeld

　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs MICHAEL D. BROWN and BOBCAT 1 ENTERPRISES, INC.

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 23, 2018　　　　　　　　　　　*/s/ Thomas J. Gray*
　　　　　　　　　　　　　　　　　　　　　Thomas J. Gray

## [Proposed] Order

Based on the foregoing Stipulation of the Parties, and the accompanying declaration, the Court hereby GRANTS the stipulation. The deadline for Plaintiffs to file an opposition to Defendant's Motion is continued until, Tuesday, August 7, 2018 and the deadline for Defendant to file a reply to an opposition is continued until, Tuesday, August 14, 2018.

**IT IS SO ORDERED.**

Date: 7/24/18

_____
Honorable Susan van Keulen
United States District Court Judge