UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DETAILXPERTS FRANCHISE SYSTEMS, LLC,<br><br>    Defendant. | Case No. 18-cv-02430-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

The Court's January 14, 2020 Order Regarding Case Schedule set forth deadlines for Plaintiff's Second Amended Complaint ("SAC") and Defendant's renewed or new motion to dismiss/transfer and warned as follows: "Failure by Plaintiff to file a timely opposition to a renewed or new motion to dismiss/transfer will result in issuance of an order to show cause why the case should not be dismissed for failure to prosecute." Dkt. 52. Subsequently, Plaintiff filed the SAC (ECF 53) and Defendant filed a motion to dismiss/transfer (ECF 54). Plaintiff's response to the motion to dismiss/transfer was due by February 28, 2020, but as of the date of this Order, Plaintiff has not filed a response to that motion.

Accordingly, the parties shall appear on **March 24, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties may appear telephonically. The Courtroom Deputy will contact the parties regarding a dial-in protocol.

Additionally, Plaintiff shall file a statement in response to this Order no later than **March 18, 2020**, explaining why the case should not be dismissed for failure to prosecute.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: March 11, 2020

SUSAN VAN KEULEN
United States Magistrate Judge