UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

NORTHERN DISTRICT

(San Jose Division)

| | |
|---|---|
| Michael D. Brown; and Bobcat 1 Enterprises, Inc., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>DetailXPerts Franchise Systems, LLC, a Michigan limited liability company,<br><br>Defendant.<br>_____/ | Hon. Susan Van Keulen<br><br>Case No. 5:18-cv-02430-SVK<br><br>STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME PURSUANT TO LOCAL RULES 6-1 AND 6-2 |

Pursuant to Civil L.R. 6-1(b) and Civil L.R. 6-2, Plaintiffs Michael D. Brown and Bobcat 1 Enterprises, Inc. ("Plaintiffs") and Defendant DetailXPerts Franchise Systems, LLC ("Defendant") hereby jointly request that the Court re-set the deadline for Defendant to file an optional reply in support of the motion to dismiss/transfer to June 30, 2020. The deadline was previously set in the Court's Order Setting Briefing Schedule on Motion to Dismiss/Transfer (Dkt. 62).

This Stipulated Request is based on the following grounds:

1.     Defendant's Michigan based-counsel's work schedule continues to be impacted by COVID-19 and by prior work-from-home requirements by the State of Michigan.

2.      This is the first request to re-set the reply deadline.

3.       Counsel also agreed that, given that the Response raises significant legal issues not raised in the moving papers, Defendants may need more time to file a Reply.  In addition, the Parties respectively request that the page limit for the Reply be that of a response in the event Defendant needs additional pages beyond the limits of a Reply.

4.       Accordingly, the Parties respectfully request that the Court modify its Order Setting Briefing Schedule on Motion to Dismiss/Transfer to provide for a June 30, 2020 deadline for Defendant to file an optional reply.   In addition, the Parties respectfully request that the Court allow Defendant an increased page limit in the Reply to that normally applicable to a Response.

RESPECTFULLY SUBMITTED this 16th day of June, 2020.

AIDENBAUM SCHLOFF AND BLOOM PLLC

By:      */s/ Jay Schloff*
         _____
         Jay Schloff
Attorney for Defendant

LAW OFFICES OF PETER N. GREENFELD, P.C

By:      */s/ Peter Greenfeld*
         _____
         Peter N. Greenfeld
Attorney for Plaintiffs

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                         */s/ Jay Schloff*
                By:      _____
                         Jay Schloff

**[Proposed] Order**

Based on the foregoing Stipulation of the Parties, and the accompanying declaration, the Court hereby GRANTS the stipulation.

IT IS ORDERED that Order Setting Briefing Schedule on Motion to Dismiss/Transfer is amended to provide for a June 30, 2020 deadline for Defendant to file an optional reply.

IT IS FURTHER ORDERED that Defendant is allotted an increased page limit (from 15 to now 25 pages) in the Reply to that normally applicable to a Response.

Date: June 17, 2020

_____
Honorable Susan van Keulen
United States Magistrate